# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAY MICHAEL BLANSETT
ADC #8650                                                                                      PLAINTIFF

v.                              No. 3:25-cv-50-DPM

POINSETT COUNTY JAIL; and
DOE, Staff, Poinsett County Jail                                                   DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Blansett hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 May 2025