IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAY MICHAEL BLANSETT
ADC #8650                                                                            PLAINTIFF

v.                              No. 3:25-cv-50-DPM

POINSETT COUNTY JAIL; and
DOE, Staff, Poinsett County Jail                                          DEFENDANTS

JUDGMENT

Blansett's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 May 2025